# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-3759

_____

Keith Brown

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: August 7, 2014
Filed: August 15, 2014
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Keith Brown appeals the district court's[1] order affirming the denial of supplemental security income and disability insurance benefits. Following de novo review, see Myers v. Colvin, 721 F.3d 521, 524 (8th Cir. 2013), we conclude that the administrative law judge's (ALJ's) credibility analysis was proper, that the residual functional capacity determination was supported by the record, and that the vocational expert's testimony that Brown could perform a significant number of jobs existing in the national economy was based on a properly phrased hypothetical question and constituted substantial evidence to support the ALJ's assessment, see Buckner v. Astrue, 646 F.3d 549, 560-61 (8th Cir. 2011).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).